In the United States District Court
For the District of Puerto Rico

| | |
|---|---|
| Heriberto Garcia-Parra<br>Petitioner | Number #<br>Docket # 24-cv-1257<br>About; Soliciting and Review the Distamen of Supreme Court of Puerto Rico... the Distamen Final; "Sonya" act; and all cases Related from S.ct./ et app. — "the Retroactive" effect of S.O.R.N. Act; is my principal Argument; et al. |
| Supreme Court of Puerto Rico<br>Respondent | |
| Commonwealth of Puerto Rico<br>Respondent | |
| Department of Correction of Puerto Rico and Law Respondent | |
| Department of Justice<br>Respondent | |

## Motion

To the Honorable District Court of Puerto Rico

Appear the peticioner in pro-se and proper right to this Honorable court of District court of Puerto Rico; to Expose; affirm; and request;

"prisoner litigation act"

Register and summon; About; Distamen of the court of United State of American; and "Retroactive effect").... "Law to order"

1) Sonya Act; And all cases Routed from s.ct./ et app. — the Retroactive effect of S.O.R.N.A. Act
2) Act 49-1995 - As Amended - (post. Amend)
3) Jones v. Bock, 549 US 189; 127 s.ct. 910 (2007)
4) Restraints;

"potential to establish"... "Claim is meriter"

Booth v. Churner; 532 US 731; 121 s.ct. 1819 (2001)
___ v. Ratelo; 985 f. supp. 1205 (s.D cal 1997)
ms v. toombs, 32 f. supp. 2d 955, (W.D. Mich 1997)
___ v. Usher, 116 f. 3d 887 (5ter cir 1998)

2

this court orders and confirm because the ("Retroactively") is illegality in territory is my petition for because inquired; is my complaints

also this order of court decision and concerning the present case; and opposition is possession of truth

"Conclusion"

I belle tha my claim is merrterios and is "Extraordinary circumstances

I request to your consideration this petition and let me have it

I'll be very gratefull to your for my dignity

with this evidence I can proceed with my defence;

Respectfully submitted
day May 14 2024
pro-se and                    petitioner
proper right        Heriberto Garcia-Parra
                    /s/ Heriberto Garcia-Parra
                    in complex 501 unit J-B
                    s.t.s. Industrial Luchetti
                    Bayamón, Puerto Rico 00961-7403