PAG:05

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL  DE JUSTICIA
TRIBUNAL SUPREMO

GARCIA PARRA, HERIBERTO
                PETICIONARIO
                    vs.

DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN
                RECURRIDO

NÚMERO CASO...MC-2024-0015
ORIGINAL......SJ2023CV06727
APELACIONES...KLCE202400200

MOCIONES CIVILES

_____
        ACCION CIVIL O DELITO


GARCIA PARRA, HERIBERTO
COMPLEJO -501 DE BAYAMÓN
CARR 50 INDUSTRIAL LUCHETTI
BAYAMON PR 00961-7403

N O T I F I C A C I Ó N

CERTIFICO QUE EN RELACION CON EL/LA  ESCRITO POR DERECHO PROPIO EL TRIBUNAL
DICTO EL/LA RESOLUCION QUE SE ACOMPAÑA.

LIC. FIGUEROA SANTIAGO,FERNANDO
fernando.figueroa@justicia.pr.gov

LIC. O'NEILL VEGA,AMELIA CRISTINA
AMELIA.ONEILL@GMAIL.COM

LIC. SECRETARIA(O) TRIBUNAL SUPREMO DE PR
notificacionesTSPR@gmail.com

DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN
DIVISIÓN LEGAL
PO BOX 71308
SAN JUAN PR 00936-8408

EN SAN JUAN, PUERTO RICO A 08 DE MAYO DE 2024.

                        LCDO JAVIER O. SEPÚLVEDA RODRÍGUEZ
                        _____
                        SECRETARIO(A) DEL TRIBUNAL SUPREMO

                        Por:f/ EVELYN RAMOS VELILLA
                        _____
                        SECRETARIO[A] AUXILIAR

EN EL TRIBUNAL SUPREMO DE PUERTO RICO
SALA II

Heriberto García Parra

    Peticionario

       v.

Departamento de Corrección y su
División Legal y otros
Funcionarios

    Recurridos

MC-2024-0015

Sala de Despacho integrada por el Juez Asociado señor Martínez Torres como su Presidente, y los Jueces Asociados señor Kolthoff Caraballo, señor Feliberti Cintrón y señor Colón Pérez.

RESOLUCIÓN

En San Juan, Puerto Rico, a 3 de mayo de 2024.

Examinado el escrito por derecho propio presentado en este caso, se provee no ha lugar.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Colón Pérez no intervino.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo